## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES WEAVER,

     Plaintiff,

v.                                   Case No: 8:14-cv-1564-T-30AEP

ACTION TIME USA, INC.,

     Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #14).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of October, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-1564 dismiss 14.docx